# United States Court of Appeals
## For the First Circuit

No. 24-1656

LINDA CRAWFORD,

Plaintiff, Appellant,

v.

SALVE REGINA UNIVERSITY; SALVE REGINA UNIVERSITY BOARD OF
TRUSTEES, through its President, Dr. Kellie J. Armstrong;
JAMES G. MITCHELL, Chair, SRU Department of Modern Languages and
President, Salve Regina AAUP CCHP; ESTHER ALARCON-ARANA,
Faculty, SRU Department of Modern Languages;
EMILY COLBERT-CAIRNS, Faculty, SRU Department of Modern
Languages,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court, issued on June 11, 2026, is amended
as follows:

On page 13, line 12, please delete "claims"

On page 19, line 8, please replace the first "of" with "or"

On page 24, line 7, please add ", a plaintiff" after
"statute"